# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SVED, | Case No. 1:25-cv-01914-JLT-SAB |
| Plaintiff, | ORDER DIRECTING CLERK OF COURT TO TERMINATE THE APPLICATION TO PROCEED IN FORMA PAUPERIS |
| v. | |
| ARAMARK SERVICES, INC., | (ECF Nos. 4, 11) |
| Defendant. | |

Plaintiff James Sved, appearing *pro se*, filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF No. 4.) Based on the information provided in the application, the Court was unable to determine whether Plaintiff was entitled to proceed in this action without prepayment of fees and directed Plaintiff to file the long form application. (ECF No. 9.) On December 29, 2025, Plaintiff filed a notice to the Court that Defendant removed this action from the Mariposa Superior Court of California and paid the filing fee in this action. (ECF No. 11.)

/ / /

/ / /

/ / /

/ / /

/ / /

1  In light of Plaintiff's notice regarding the filing fee, the Court DIRECTS the Clerk of
2 Court to TERMINATE the application to proceed *in forma pauperis*, (ECF No. 4), as MOOT.

IT IS SO ORDERED.

Dated: **December 31, 2025**

STANLEY A. BOONE
United States Magistrate Judge