# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SVED,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ARAMARK SERVICES, INC.,<br><br>　　　　Defendant. | Case No. 1:25-cv-01914-JLT-SAB<br><br>ORDER REGARDING STIPULATION TO EXTEND DEFENDANT'S TIME TO FILE A RESPONSIVE PLEADING<br><br>(ECF No. 16) |

Before the Court is the parties' second stipulation to extend the time in which Defendants may answer the second amended complaint.  For good cause shown, the Court hereby approves the stipulation and ORDERS that Defendants shall have through January 23, 2026, to answer or otherwise respond to the complaint.[1]

IT IS SO ORDERED.

Dated:  __**January 16, 2026**__　　　　　　　_____

STANLEY A. BOONE
United States Magistrate Judge

---

[1] The parties have misread Local Rule 144(a), which provides that "an *initial* stipulation extending time for no more than twenty-eight (28) days to respond to a complaint . . . may be filed without approval of the Court if the stipulation is signed on behalf of all parties who have appeared in the action and are affected by the stipulation."  Id. (emphasis added).  The Rule continues, "[a]ll other extensions of time must be approved by the Court."  Id.  Therefore, notwithstanding that the accumulated time from a previous stipulation (ECF No. 13) and this stipulation is not more than 28 days, because this stipulation is not an "initial" stipulation, it must be approved by the Court.