# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

JAMES SVED,

    Plaintiff,

    v.

ARAMARK SERVICES, INC.,

    Defendant.

Case No. 1:25-cv-01914-JLT-SAB

ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS

(ECF No. 18)

**MARCH 11, 2026 DEADLINE**

On January 23, 2026, the parties filed a notice of settlement, informing the Court that a settlement has been reached and that dispositional documents will be filed no later than March 11, 2026.  (ECF No. 18.)

Accordingly, pursuant to the notice, it is HEREBY ORDERED that the parties shall file dispositional documents no later than **March 11, 2026**.[1]  Any request for an extension shall be supported by good cause.  L.R. 160(b).

IT IS SO ORDERED.

Dated:   **January 26, 2026**

STANLEY A. BOONE
United States Magistrate Judge

---

[1] The parties have requested that the Court 'retain' jurisdiction over this matter until the parties perform their duties pursuant to the settlement agreement.  However, based on the notice, it appears that the parties seek to have the Court keep this case open through the filing of the dispositional documents.  Because the Court automatically keeps cases open until the filing of dispositional documents, the Court denies this request at this time.  Should the parties require that the Court retain jurisdiction following the filing of dispositional documents, they may move for such relief concurrently with the filing of the dispositional documents (and should include legal and/or factual basis).