# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SVED,<br><br>  Plaintiff,<br><br>  v.<br><br>ARAMARK SERVICES, INC.,<br><br>  Defendant. | Case No. 1:25-cv-01914-JLT-SAB<br><br>ORDER VACATING MARCH 5, 2026<br>INITIAL SCHEDULING CONFERENCE<br><br>(ECF No. 18) |

An initial scheduling conference is presently scheduled for March 5, 2026.  (ECF No. 2.) However, on January 23, 2026, the parties filed a notice of settlement, and the Court ordered the filing of dispositional documents by March 11, 2026.  (ECF Nos. 18, 19.)  In light of the forgoing, the Court VACATES the March 5, 2026 hearing.

IT IS SO ORDERED.

Dated:  __**February 6, 2026**__          _____

STANLEY A. BOONE
United States Magistrate Judge